# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MOTTLOWITZ, LORI S. | § | Case No. 15-09190 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/16/2015. The undersigned trustee was appointed on 03/16/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $      7,055.67

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,453.82 |
| Bank service fees | 214.19 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 5,387.66 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]            $ | 0.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 04/29/2016 and the deadline for filing governmental claims was 04/29/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,445.57 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 1,445.57 as interim compensation and now requests a sum of $ 0.00 , for a total compensation of $ 1,445.57 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/19/2018      By:/s/JOSEPH E. COHEN
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 15-09190  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MOTTLOWITZ, LORI S. | Date Filed (f) or Converted (c): | 03/16/15 (f) |
| | | 341(a) Meeting Date: | 04/10/15 |
| For Period Ending: | 02/13/18 | Claims Bar Date: | 04/29/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 969 Stone Gate Drive, Highland Park IL 60035 (SFH   969 Stone Gate Drive, Highland Park IL 60035 (SFH owned in TBE)(D is not on the house loan - the mortgage is approximately $640,000) | 828,240.00 | 0.00 | | 0.00 | FA |
| 2. Cash   Cash on hand (varies) | 100.00 | 0.00 | | 0.00 | FA |
| 3. Financial Accounts   Joint account (balance varies) | 170.64 | 0.00 | | 7,055.67 | FA |
| 4. Financial Accounts   Personal account (balance varies) | 197.16 | 0.00 | | 0.00 | FA |
| 5. Security Deposits   Cable security deposit | 75.00 | 0.00 | | 0.00 | FA |
| 6. Security Deposits   Gas security deposit | 100.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods   8 rooms of used furniture including home electronics (liquidation value) | 6,000.00 | 0.00 | | 0.00 | FA |
| 8. Books / Collectibles   Ordinary lot of books, family, pictures etc. | 500.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel   ordinary and necessary wearing apparel | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Furs and Jewelry   Misc. jewelry, including 20+ year old engagement ring | 5,000.00 | 0.00 | | 0.00 | FA |
| 11. Firearms and Hobby Equipment   misc household sports + hobby equipment | 250.00 | 0.00 | | 0.00 | FA |
| 12. Insurance Policies   Term life insurance (spouse=primary bene) | Unknown | 0.00 | | 0.00 | FA |
| 13. Stock | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 15-09190 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | MOTTLOWITZ, LORI S. | | | Date Filed (f) or Converted (c): | 03/16/15 (f) |
| | | | | 341(a) Meeting Date: | 04/10/15 |
| | | | | Claims Bar Date: | 04/29/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Stock<br>4 My Girls, Inc. 100% shares (is the member of Viva Enterprises, LLC) Viva Enterprises, LLC, manager (business is now inactive)(Wells Fargo Bank has judgment against it in excess of $900,000) | 0.00 | 0.00 | | 0.00 | FA |
| 15. Intellectual Property<br>trademark owned by Viva Enterprises, LLC | Unknown | 0.00 | | 0.00 | FA |
| 16. General Intangibles<br>Drivers license, business license | 0.00 | 0.00 | | 0.00 | FA |
| 17. Vehicles<br>Leased auto | 0.00 | 0.00 | | 0.00 | FA |
| 18. Machinery and Supplies<br>equipment used in business (Viva Enterprises, LLC)(used computers, etc. not taken by Wells Fargo as part of replevin because not worth selling) | 1,500.00 | 0.00 | | 0.00 | FA |
| 19. Animals<br>2 Dogs (joint) | 10.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $844,142.80 | $0.00 | | $7,055.67 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS HAD ORDER COMPROMISING CLAIMS WITH DEBTOR ENTERED AND WILL PREPARE TFR - 1/8/2018. TRUSTEE FILING MOTION TO COMPROMISE - 6/27/17. DEBTOR HAS FINALLY PRODUCED RECORDS INDICATING OWNERSHIP OF FUNDS - 4/30/17. TRUSTEE ISSUED EXEMPTION CHECK TO DEBTOR 1/16/17; AWAITING CLEARANCE OF SAME- 3/28/17; TRF TO FOLLOW; TRUSTEE HAS REQUESTED ADDITIONAL

Case 15-09190   Doc 23   Filed 03/20/18   Entered 03/20/18 16:16:07   Desc Main
Document      Page 5 of 12

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 15-09190   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MOTTLOWITZ, LORI S. | Date Filed (f) or Converted (c): | 03/16/15 (f) |
| | | 341(a) Meeting Date: | 04/10/15 |
| | | Claims Bar Date: | 04/29/16 |

RECORDS FROM DEBTOR - 10/31/16.  NO CHANGE - 7/30/16.  STILL TRYING TO RESOLVE ISSUES - 4/30/17.

TRUSTEE TRYING TO RESOLVE WHO OWNS FUNDS ON HAND - 01/20/16. DEBTOR CLAIMING FUNDS ARE NOT HERS - Oct. 31, 2015. TRUSTEE HAS COLLECTED PROCEEDS FROM BANK ACCOUNTS - July 30, 2015.

Initial Projected Date of Final Report (TFR): 02/28/17      Current Projected Date of Final Report (TFR): 02/28/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 15-09190 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MOTTLOWITZ, LORI S. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6249 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6809 | | | |
| For Period Ending: | 02/13/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/15 | 3 | WELLS FARGO BANK N.A. | Proceeds from bank accounts | 1129-000 | 7,055.67 | | 7,055.67 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,045.67 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.47 | 7,035.20 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.12 | 7,025.08 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.44 | 7,014.64 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.43 | 7,004.21 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.08 | 6,994.13 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.40 | 6,983.73 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.05 | 6,973.68 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.37 | 6,963.31 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.35 | 6,952.96 |
| 02/16/16 | 300001 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 4.95 | 6,948.01 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,938.01 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.31 | 6,927.70 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,917.70 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.28 | 6,907.42 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,897.42 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.26 | 6,887.16 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.24 | 6,876.92 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,866.92 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.21 | 6,856.71 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,846.71 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.18 | 6,836.53 |
| * 01/16/17 | 300002 | LORI MOTTLOWITZ 969 Stone Gate Drive | Exemption claimed in bank account | 8100-004 | | 100.00 | 6,736.53 |

Page Subtotals     7,055.67     319.14

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 15-09190 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MOTTLOWITZ, LORI S. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6249 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6809 | | | |
| For Period Ending: | 02/13/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Highland Park, IL 60035 | | | | | |
| 02/20/17 | 300003 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 3.30 | 6,733.23 |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| * 04/18/17 | 300002 | LORI MOTTLOWITZ | Stop Payment Reversal | 8100-004 | | -100.00 | 6,833.23 |
| | | 969 Stone Gate Drive | STOP PAY ADD SUCCESSFUL | | | | |
| | | Highland Park, IL 60035 | | | | | |
| 11/20/17 | 300004 | LORI MOTTLOWITZ | Payment of compromise | 8500-000 | | 5,387.66 | 1,445.57 |
| 11/20/17 | 300005 | JOSEPH E. COHEN, Trustee | Trustee Compensation | 2100-000 | | 1,445.57 | 0.00 |

```
                                        COLUMN TOTALS                    7,055.67        7,055.67              0.00
                                Less: Bank Transfers/CD's                    0.00            0.00
                                        Subtotal                         7,055.67        7,055.67
                                Less: Payments to Debtors                                5,387.66
                                        Net                              7,055.67        1,668.01

                                                                                            NET           ACCOUNT
                          TOTAL - ALL ACCOUNTS                       NET DEPOSITS    DISBURSEMENTS        BALANCE
              Checking Account (Non-Interest Earn - ********6249)        7,055.67        1,668.01             0.00
                                                                    ----------------  ----------------  ----------------
                                                                         7,055.67        1,668.01             0.00
                                                                    ================  ================  ================
                                                                   (Excludes Account  (Excludes Payments  Total Funds
                                                                       Transfers)        To Debtors)       On Hand
```

Page Subtotals        0.00       6,736.53

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: March 19, 2018 |

Case Number: 15-09190  
Debtor Name: MOTTLOWITZ, LORI S.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1 001 2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $1,445.57 | $1,445.57 | $0.00 |
| BOND 999 2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $4.95 | $4.95 | $0.00 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA 70139 | Administrative | | $3.30 | $3.30 | $0.00 |
| 000001A 040 5800-00 | Department Of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-4346 | Priority | | $16,478.63 | $0.00 | $16,478.63 |
| 000001 070 7100-00 | Department Of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-4346 | Unsecured | | $925.60 | $0.00 | $925.60 |
| 000002 070 7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $4,932.62 | $0.00 | $4,932.62 |
| 000003 070 7100-00 | US Small Business Administration<br>John W. Baker c/o US Small Business Administration<br>500 W. Madison St., #1150<br>Chicago, IL 60661 | Unsecured | | $841,211.67 | $0.00 | $841,211.67 |
| 000004 070 7100-00 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $160.07 | $0.00 | $160.07 |
| | Case Totals: | | | $865,162.41 | $1,453.82 | $863,708.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-09190  
Case Name: MOTTLOWITZ, LORI S.  
Trustee Name: JOSEPH E. COHEN

   Balance on hand     $    0.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,445.57 | $ 1,445.57 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 3.30 | $ 3.30 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 4.95 | $ 4.95 | $ 0.00 |

 Total to be paid for chapter 7 administrative expenses    $ 0.00  
 Remaining Balance    $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 16,478.63 must be paid in advance of any dividend to general (unsecured) creditors.

 Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department Of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-4346 | $ 16,478.63 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 847,229.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 4,932.62 | $ 0.00 | $ 0.00 |
| 000003 | US Small Business Administration<br>John W. Baker c/o US Small Business Administration<br>500 W. Madison St., #1150<br>Chicago, IL 60661 | $ 841,211.67 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ 160.07 | $ 0.00 | $ 0.00 |
| 000001 | Department Of the Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-4346 | $ 925.60 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE